IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **JORDAN EPLER, individually and on behalf of all others similarly situated,** *Plaintiff,* § § § § | |
| **v.** § | MO:23-CV-00210-RCG |
| § | |
| **TANMAR RENTALS, LLC,** *Defendant.* § § § | |

## ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Parties' Joint Stipulation of Voluntary Dismissal filed August 26, 2025. (Doc. 49). This case is before the undersigned through the consent of all parties pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. (Docs. 8, 13, 14, 17).

In this Stipulation, the Parties agree and stipulate that Plaintiffs' claims against Defendant should be dismissed with prejudice. (Doc. 49). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiffs have done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendants is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 27th day of August, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE